Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28256−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph M. Snider
   55 Homestead Dr
   Pemberton, NJ 08068−1570

Social Security No.:
   xxx−xx−3465

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/7/2017 and a confirmation hearing on such Plan has been scheduled for 11/1/2017 at 10:00 am.

The debtor filed a Modified Plan on 11/17/2017 and a confirmation hearing on the Modified Plan is scheduled for 12/20/2017 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 17, 2017
JAN: gan

                                        Jeanne Naughton
                                        Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 17-28256-CMG
Joseph M. Snider                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 17, 2017
                              Form ID: 186             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db             Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ 08068-1570
517056088      AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
517056090      AXCSSFN/Cingo,   7755 Montgomery Rd Ste 400,    Cincinnati, OH 45236-4197
517056089      Adinolfi & Packman,    4 Kings Hwy E,   Haddonfield, NJ 08033-2002
517056091     +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
517056092      Best Egg/SST,   4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517056095      CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
517056103      CWS/CW Nexus,   101 Crossways Park Dr W,    Woodbury, NY 11797-2020
517056093      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
517163413      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517056094     +Capital One Bank Usa NA,    lyons, doughty & veldhuis,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-2239
517056096      Celtic Bank/Contfinco,    121 Continental Dr Ste 108,    Newark, DE 19713-4326
517056097      Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
517056098      Comenity Bank/Lnbryant,    PO Box 182789,   Columbus, OH 43218-2789
517056099      Convergent outsourcing,    PO Box 9004,   Renton, WA 98057-9004
517056102      Curacao,   1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
517056105      First Premier Ban,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4824
517056106      Ford Motor Credi,    PO Box 542000,   Omaha, NE 68154-8000
517075028     +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
517056114      Swiss Colony,   1112 7th Ave,   Monroe, WI 53566-1364
517056117      Td Bank Usa/target credit,    PO Box 673,   Minneapolis, MN 55440-0673
517056118    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,   GREENVILLE TX 75403-5609
               (address filed with court: US Dept of Edu AFSA,    501 Bleecker St,   Utica, NY 13501-2401)
517075574     +U.S. Department of HUD,    451 7th Street S.W.,   Washington, DC 20410-0001
517056120     +WebbankWebbank/Prosper Marketplace,    101 Second St, 15th Fl,   San Francisco, CA 94105-3672
517167749      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517056121     +Wells Fargo Card Services,    Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 23:30:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 23:30:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517056100       E-mail/PDF: creditonebknotifications@resurgent.com Nov 17 2017 23:26:19      Credit One Ban,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517056101      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 17 2017 23:26:19      Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
517056104       E-mail/Text: bankruptcynotices@dcicollect.com Nov 17 2017 23:31:16      Diversified Consultants,
                 PO Box 551268,   Jacksonville, FL 32255-1268
517056107       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 17 2017 23:31:20      Harley Davidson Credit,
                 PO Box 21829,   Carson City, NV 89721-1829
517056108      +E-mail/Text: BKRMailOPS@weltman.com Nov 17 2017 23:30:24      Kay Jewlers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
517056109       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2017 23:38:37      Lvnv Funding LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
517056110      +E-mail/Text: bknotices@totalcardinc.com Nov 17 2017 23:30:38      Mid America Bank & Trust,
                 Po Box 5220,   Sioux Falls, SD 57117-5220
517056111       E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 17 2017 23:31:44      Midamerica/milestone/GFS,
                 PO Box 4499,   Beaverton, OR 97076-4499
517056112       E-mail/Text: bankruptcydpt@mcmcg.com Nov 17 2017 23:30:32      Midland Funding Llc,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517056113       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 23:38:52
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
517158703       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 23:38:38
                 Portfolio Recovery Associates, LLC,    c/o Tjx,   POB 41067,   Norfolk VA 23541
517056114       E-mail/Text: bankruptcy@sccompanies.com Nov 17 2017 23:31:44      Swiss Colony,   1112 7th Ave,
                 Monroe, WI 53566-1364
517056115      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 23:26:18      Syncb/Tjx Cos,   Po Box 965005,
                 Orlando, FL 32896-5005
517056116      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 23:26:46      Syncb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
517057945      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 23:26:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517056119      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 17 2017 23:31:19      Webbank/Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 17, 2017
                              Form ID: 186             Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Joseph M. Snider shreterecf@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```