UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Stephanie Shreter, Esq.
105 High St.
Mount Holly, NJ 08060

(609)265-9600

**Order Filed on January 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph Snider

Case No.: 17-28256

Chapter: 13

Judge: CMG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/13/2017_____ :

Property:     55 Homestead Dr. Pemberton, NJ 08068

Creditor:     Nationstar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/14/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*