UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joseph M. Snider

Case No.: 17-28256

Chapter: 13

Judge: Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO:  Joseph M. Snider

This will confirm that on 1/23/2018 the following document(s) was filed by you.

☒ Amendment to Schedule(s)  E/F ,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 1/29/2018                         Jeanne A. Naughton, Clerk

*rev.1/4/17*