UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-018242
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

IN RE:

JOSEPH M SNIDER, DEBTOR

Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-28256-CMG

HEARING DATE: DECEMBER 20, 2017

JUDGE: Honorable Christine M Gravelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: April 2, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court by Stephanie Shreter, Esq., attorney for the Debtor upon the filing of a Chapter 13 Plan, and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, hereinafter "Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolved their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order; and for other good cause shown;

1. Debtor will apply through Creditor's servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 55 Homestead Dr., Unit 114, Pemberton, NJ 08068.

2. This loan modification review shall be completed by April 14, 2018; or as extended by the Court.

3. If a loan modification is not offered by the date specified in Paragraph Two (2), Debtor must: 1) modify the Chapter 13 Plan to fully cure Creditor's pre-petition arrearages claim as defined by Proof of Claim 16, filed January 3, 2018, 2) surrender the subject property in a Modified Chapter 13 Plan, or 3) convert to a Chapter 7 case.

4. Debtor will continue to make monthly Adequate Assurance Payments which comply with this Court's Loss Mitigation Program.

5. Creditor agrees to withdraw its Objection to Confirmation of Plan filed September 21, 2017; ECF Doc. No.: 15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____
Charles G. Wohlrab, Esq.
Attorney for the Secured Creditor

_____
Stephanie Shreter, Esq.
Attorney for the Debtor