UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-018242
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

IN RE:

JOSEPH M SNIDER, DEBTOR

Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-28256-CMG

HEARING DATE: DECEMBER 20, 2017

JUDGE: Honorable Christine M Gravelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 2, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court by Stephanie Shreter, Esq., attorney for the Debtor upon the filing of a Chapter 13 Plan, and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, hereinafter "Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolved their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order; and for other good cause shown;

1. Debtor will apply through Creditor's servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 55 Homestead Dr., Unit 114, Pemberton, NJ 08068.

2. This loan modification review shall be completed by April 14, 2018; or as extended by the Court.

3. If a loan modification is not offered by the date specified in Paragraph Two (2), Debtor must: 1) modify the Chapter 13 Plan to fully cure Creditor's pre-petition arrearages claim as defined by Proof of Claim 16, filed January 3, 2018, 2) surrender the subject property in a Modified Chapter 13 Plan, or 3) convert to a Chapter 7 case.

4. Debtor will continue to make monthly Adequate Assurance Payments which comply with this Court's Loss Mitigation Program.

5. Creditor agrees to withdraw its Objection to Confirmation of Plan filed September 21, 2017; ECF Doc. No.: 15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____
Charles G. Wohlrab, Esq.
Attorney for the Secured Creditor

_____
Stephanie Shreter, Esq.
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Snider  
    Debtor

Case No. 17-28256-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
db          Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ    08068-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Charles G. Wohlrab     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
            cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
           Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
            cmecf@sternlav.com  
           John R. Morton, Jr.     on behalf of Creditor     Ford Motor Credit Company LLC  
            ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Rebecca Ann Solarz     on behalf of Creditor     Harley-Davidson rsolarz@kmllawgroup.com  
           Stephanie    Shreter     on behalf of Debtor Joseph M. Snider shreterecf@comcast.net  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 7