UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45631
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC

Order Filed on April 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH M. SNIDER

Case No.: 17-28256

Adv. No.:

Hearing Date: 3-7-18

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 18, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Joseph M. Snider**
**17-28256(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Stephanie Shreter, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the holder of a first purchase money security interest encumbering a 2013 FORD F150 bearing vehicle identification number 1FTFW1EFXDKE96026 (hereinafter the "vehicle").

2. The debtor shall make all retail installment contract payments to Ford Motor Credit Company LLC when due, being the 29th day of each month.  In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Ford Motor Credit Company LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.