UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephanie Shreter, Esq.
105 High St.
Mount Holly, NJ 08060

(609)265-9600

In Re:

Joseph Snider

Order Filed on June 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-28256

Chapter:     13

Judge:     CMG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 20, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/13/2017_____ :

Property: 55 Homestead Dr. Pemberton, NJ 08068

Creditor: Nationstar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____9/14/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Snider  
    Debtor

Case No. 17-28256-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 20, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db          Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ    08068-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          cmecf@sternlav.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC  
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com  
         Stephanie    Shreter    on behalf of Debtor Joseph M. Snider shreterecf@comcast.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 8