**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>46825<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>856-866-0100<br>Attorneys for Santander Consumer USA dba Chrysler Capital | **Order Filed on September 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSEPH M. SNIDER | Case No.: 17-28256<br><br>Adv. No.:<br><br>Hearing Date: 8-15-18<br><br>Judge: CMG |

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Joseph M. Snider
17-28259(CMG)
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA dba Chrysler Capital, with the appearance of Stephanie Shrerter, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2015 DODGE DURANGO bearing serial number 1CR4DJEG3FC938606 (hereinafter the"vehicle").

2. **Curing Arrears:** Including the payment falling due on 8-18-18, the debtor was $7089.88 in arrears to Chrysler Capital. To cure arrears the debtor shall make a payment to Chrysler Capital of $500 by 8-28-18. The debtor shall cure the remainder of arrears of $6589.88 to Chrysler Capital by 9-15-18. <u>If the debtor fails to make the initial payment of $500 to Chrysler Capital by 8-28-18, or the $6589.88 payment to Chrysler Capital by 9-15-18, Chrysler Capital shall have immediate stay relief to repossess and sell the vehicle without any application to this court or notice to the debtor or his attorney</u>.

3. After curing arrears, the debtors shall make all contractual payments when due, being the 18th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, Santander Consumer USA dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Santander Consumer USA dba Chrysler Capital shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA dba Chrysler Capital shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA dba Chrysler Capital through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 17-28256-CMG
Joseph M. Snider                                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 1                Date Rcvd: Sep 17, 2018
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ   08068-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Joseph M. Snider shreterecf@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10