UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Stephanie Shreter
The Law Office of Stephanie Shreter
105 High Street
Mt. Holly, NJ 08060
(609) 265-9600
Fax : (609) 265-9601
Email: shreterecf@comcast.net

In Re:
Debtor
   Joseph M. Snider

Case No.: 17-28256-CMG

Hearing date: 10/3/18

Judge: Hon. Christine M. Gravelle, U.S.B.J.

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of  Stephanie Shreter
on behalf of  Debtor                seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.