Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−28256−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph M. Snider
   55 Homestead Dr
   Pemberton, NJ 08068−1570

Social Security No.:
   xxx−xx−3465

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/17/18 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 2013 Ford F150. Fee Amount $ 181. filed by Creditor Ford Motor Credit Company LLC) filed by John R. Morton Jr. on behalf of Ford Motor Credit Company LLC. Objection deadline is 10/10/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 10/10/18

                                                                  Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court