UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46825
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Santander Consumer USA dba Chrysler Capital

Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH M. SNIDER

Case No.: 17-28256

Adv. No.:

Hearing Date: 8-15-18

Judge:  CMG

# AMENDED ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 12, 2018**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Joseph M. Snider
17-28259(CMG)
**Amended Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA dba Chrysler Capital, with the appearance of Stephanie Shreter, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA dba Chrysler Capital is the holder of a first purchase money security interest encumbering a 2015 DODGE DURANGO bearing serial number 1C4RDJEG3FC938606 (hereinafter the "vehicle").

2. **Curing Arrears:** Including the payment falling due on 8-18-18, the debtor was $7089.88 in arrears to Chrysler Capital. To cure arrears the debtor shall make a payment to Chrysler Capital of $500 by 8-28-18. The debtor shall cure the remainder of arrears of $6589.88 to Chrysler Capital by 9-15-18. <u>If the debtor fails to make the initial payment of $500 to Chrysler Capital by 8-28-18, or the $6589.88 payment to Chrysler Capital by 9-15-18, Chrysler Capital shall have immediate stay relief to repossess and sell the vehicle without any application to this court or notice to the debtor or his attorney.</u>

3. After curing arrears, the debtors shall make all contractual payments when due, being the 18th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, Santander Consumer USA dba Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Santander Consumer USA dba Chrysler Capital shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA dba Chrysler Capital shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA dba Chrysler Capital through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.