UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47307
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC

Order Filed on February 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH M. SNIDER

Case No.: 17-28256

Adv. No.:

Hearing Date: 10-17-18

Judge: CMG

# ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Joseph M. Snider**
**17-28256(CMG)**
**Order For Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on motion for creditor's certification of default by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Stephanie Shreter, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtor shall pay to Ford Motor Credit Company LLC through the plan, an additional counsel fee of $175 in connection with the certification of default which shall be paid by the trustee as an administrative priority expense.