**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47307
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC

**Order Filed on February 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH M. SNIDER

Case No.: 17-28256

Adv. No.:

Hearing Date: 10-17-18

Judge: CMG

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Joseph M. Snider**
**17-28256(CMG)**
**Order For Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on motion for creditor's certification of default by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Stephanie Shreter, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtor shall pay to Ford Motor Credit Company LLC through the plan, an additional counsel fee of $175 in connection with the certification of default which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Snider  
    Debtor

Case No. 17-28256-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db         Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ   08068-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:

        Albert    Russo     docs@russotrustee.com  
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Charles G. Wohlrab     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
        cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
        Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
        cmecf@sternlav.com  
        John R. Morton, Jr.    on behalf of Creditor     Ford Motor Credit Company LLC  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        John R. Morton, Jr.    on behalf of Creditor     Santander Consumer USA Inc. dba Chrysler Capital  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Kevin M. Buttery     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkyefile@rasflaw.com  
        Rebecca Ann Solarz     on behalf of Creditor     Harley-Davidson rsolarz@kmllawgroup.com  
        Stephanie    Shreter     on behalf of Debtor Joseph M. Snider shreterecf@comcast.net  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 10