UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joseph M. Snider

Case No.: 17-28256

Chapter: 13

Judge: Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Joseph M. Snider

This will confirm that on 2/13/2019 the following document(s) was filed by you.

☒ Amendment to Schedule(s) J ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 2/13/2019                                            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Snider  
    Debtor

Case No. 17-28256-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 13, 2019  
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
db          Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ   08068-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:

            Albert    Russo     docs@russotrustee.com  
            Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
            Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
             cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
            Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
             cmecf@sternlav.com  
            John R. Morton, Jr.     on behalf of Creditor    Ford Motor Credit Company LLC  
             ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
            John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital  
             ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
            Kevin M. Buttery     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
             bkyefile@rasflaw.com  
            Rebecca Ann Solarz     on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com  
            Stephanie    Shreter     on behalf of Debtor Joseph M. Snider shreterecf@comcast.net  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                             TOTAL: 10