Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–28256–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joseph M. Snider
  55 Homestead Dr
  Pemberton, NJ 08068–1570

Social Security No.:
  xxx–xx–3465

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2017.

On 2/21/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:      April 3, 2019
Time:      10:00 AM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 22, 2019
JAN: gan

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28256-CMG
Joseph M. Snider                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Feb 22, 2019
                               Form ID: 185             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db              Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ 08068-1570
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                 Fairfield, NJ 07004-2927
cr             +Santander Consumer USA Inc. dba Chrysler Capital,    PO Box 961278,    Ft. Worth, TX 76161-0278
517056088       AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
517056090       AXCSSFN/Cingo,    7755 Montgomery Rd Ste 400,    Cincinnati, OH 45236-4197
517056089       Adinolfi & Packman,    4 Kings Hwy E,    Haddonfield, NJ 08033-2002
517192284      +Adinolfi & Packman, PA,    c/o Saldutti Law Group,    800 N. Kings Highway,    Ste 300,
                 Cherry Hill, NJ 08034-1511
517056091      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517056092       Best Egg/SST,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517251420       CACH, LLC its successors and assigns as assignee,    of Marlette Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517259580       CACH, LLC its successors and assigns as assignee,    of Prosper Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056095       CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517056103       CWS/CW Nexus,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
517056094      +Capital One Bank Usa NA,    lyons, doughty & veldhuis,    136 Gaither Dr Ste 100,
                 Mount Laurel, NJ 08054-2239
517056096       Celtic Bank/Contfinco,    121 Continental Dr Ste 108,    Newark, DE 19713-4326
517056097       Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517215478       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
517056099       Convergent outsourcing,    PO Box 9004,    Renton, WA 98057-9004
517056102       Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
517212796     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
517056105       First Premier Ban,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
517056106       Ford Motor Credi,    PO Box 542000,    Omaha, NE 68154-8000
517075028      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517237412      +JD Receivables LLC,    Agent for KAY JEWELERS,    PO Box 382656,    Germantown, TN 38183-2656
517270076     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
517662487      +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517260480      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
                 Dallas, Texas 75261-9094
517291252      +PAM-IL Tollway Violations,    PO Box 741,    Milwaukee, WI 53201-0741
517056117       Td Bank Usa/target credit,    PO Box 673,    Minneapolis, MN 55440-0673
517056118     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Dept of Edu AFSA,    501 Bleecker St,    Utica, NY 13501-2401)
517075574      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517056120      +WebbankWebbank/Prosper Marketplace,    101 Second St, 15th Fl,    San Francisco, CA 94105-3672
517167749       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA 50306-0438
517056121      +Wells Fargo Card Services,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517056093       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:19:54     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517163413       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:55
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517056098       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 23 2019 00:13:34     Comenity Bank/Lnbryant,
                 PO Box 182789,    Columbus, OH 43218-2789
517056100       E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:20:04     Credit One Ban,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517056101      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:19:02     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517056104       E-mail/Text: bankruptcynotices@dcicollect.com Feb 23 2019 00:14:51     Diversified Consultants,
                 PO Box 551268,    Jacksonville, FL 32255-1268
517056107       E-mail/Text: bankruptcy.notices@hdfsi.com Feb 23 2019 00:14:58     Harley Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
517056108      +E-mail/Text: BKRMailOPS@weltman.com Feb 23 2019 00:13:24     Kay Jewlers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
517216151       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2019 00:18:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056109       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2019 00:18:16     Lvnv Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0312-3          User: admin              Page 2 of 2                    Date Rcvd: Feb 22, 2019
                              Form ID: 185             Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517056110       +E-mail/Text: bknotices@totalcardinc.com Feb 23 2019 00:14:01      Mid America Bank & Trust,
                 Po Box 5220,    Sioux Falls, SD 57117-5220
517056111        E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 23 2019 00:15:36       Midamerica/milestone/GFS,
                 PO Box 4499,    Beaverton, OR 97076-4499
517056112        E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2019 00:13:55      Midland Funding Llc,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517056113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2019 00:18:09
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4962
517158703        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2019 00:18:59
                 Portfolio Recovery Associates, LLC,    c/o Tjx,    POB 41067,    Norfolk VA 23541
517056114        E-mail/Text: bankruptcy@sccompanies.com Feb 23 2019 00:15:37      Swiss Colony,   1112 7th Ave,
                 Monroe, WI 53566-1364
517056115       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:45       Syncb/Tjx Cos,   Po Box 965005,
                 Orlando, FL 32896-5005
517056116       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:48       Syncb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
517057945       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:45       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517258797       +E-mail/Text: bncmail@w-legal.com Feb 23 2019 00:14:14      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
517056119       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 23 2019 00:14:56       Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     P.O. Box 62180,
                 Colorado Springs, CO 80962)
517217528*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,     PO BOX 62180,
                 COLORADO SPRINGS, CO 80962-4400)
517376652*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           cmecf@sternlav.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
          Stephanie  Shreter    on behalf of Debtor Joseph M. Snider shreterecf@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```