**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    1  Lien Avoidance

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                                    Case No. 17-28256
                                                                                                          Judge CMG
**Snider, Joseph M**
                                            Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original                      **[X]** Modified/Notice Required              Date: **February 21, 2019**

[ ] Motions Included              [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:            Initial Debtor: **JMS**              Initial Co-Debtor: **MS**

**Part 1: Payment and Length of Plan**

a.  The debtor shall pay $71**0.00 paid to date and $102.00** per **month** to the Chapter 13 Trustee, starting on 3/1/2019 for approximately 44 months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
    **[X]** Future Earnings
    [ ] Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    [ ] Sale of real property
        Description:
        Proposed date for completion: _____

    [ ] Refinance of real property
        Description:
        Proposed date for completion: _____

    [ ] Loan modification with respect to mortgage encumbering property
        Description:
        Proposed date for completion: _____

d.  [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  [ ] Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Stephanie Shreter | Administrative Expense | 2500.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **HUD** | residence | 50,000 | 250,000 | 258,748 | no value | | 0 |

3

| Wells Fargo | residence | 4954. | 250,000 | 258,748 | no value | | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [ ] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Harley Davidson** | motorcycle | 23,393. | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
**None**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
 **X** *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

Case 17-28256-CMG    Doc 91    Filed 02/24/19    Entered 02/25/19 00:39:14    Desc Imaged
                              Certificate of Notice    Page 5 of 9

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **HUD** | residence | mortgage | 50,000 | 250000 | | 258748. | 50,000 |

   b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [ ] NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Wells Fargo Financial national bank** | residence | 4954. | 250000. | 258748. | 0 | 4954 |

   c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

**Part 8: Other Plan Provisions**

   a. Vesting of Property of the Estate

   __X__ Upon Confirmation
   ____ Upon Discharge

   b. Payment Notices

   Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. Order of Distribution

   The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification [X] NONE

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 11/17/2017__

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| Debtor obtained a mortgage modification. Schedule J expenses adjusted to reflect change in mortgage payment. Other expenses adjusted because the debtor's spouse is ill and expenses including travel and recreation adjusted based on her condition. Schedule I was not modified. The debtor is disabled and is on a fixed income. | no effect on plan payment |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2/21/2019    /s/ Joseph Snider
                   Debtor

Date: 2/21/2019

_____
Joint Debtor

Date: 2/21/2019          /s/Stephanie Shreter
                         Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-28256-CMG
Joseph M. Snider                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Feb 22, 2019
                               Form ID: pdf901          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db             Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ  08068-1570
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
               Fairfield, NJ 07004-2927
cr            +Santander Consumer USA Inc. dba Chrysler Capital,    PO Box 961278,    Ft. Worth, TX 76161-0278
517056088      AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita, KS  67205-9370
517056090      AXCSSFN/Cingo,    7755 Montgomery Rd Ste 400,    Cincinnati, OH  45236-4197
517056089      Adinolfi & Packman,    4 Kings Hwy E,    Haddonfield, NJ  08033-2002
517192284     +Adinolfi & Packman, PA,    c/o Saldutti Law Group,    800 N. Kings Highway,    Ste 300,
               Cherry Hill, NJ 08034-1511
517056091     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517056092      Best Egg/SST,    4315 Pickett Rd,    Saint Joseph, MO  64503-1600
517251420      CACH, LLC its successors and assigns as assignee,    of Marlette Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517259580      CACH, LLC its successors and assigns as assignee,    of Prosper Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056095      CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
517056103      CWS/CW Nexus,    101 Crossways Park Dr W,    Woodbury, NY  11797-2020
517056094     +Capital One Bank Usa NA,    lyons, doughty & veldhuis,    136 Gaither Dr Ste 100,
               Mount Laurel, NJ 08054-2239
517056096      Celtic Bank/Contfinco,    121 Continental Dr Ste 108,    Newark, DE  19713-4326
517056097      Chrysler Capital,    PO Box 961275,    Fort Worth, TX  76161-0275
517215478      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
517056099      Convergent outsourcing,    PO Box 9004,    Renton, WA  98057-9004
517056102      Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA  90015-3860
517212796    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
               Detroit, MI 48255-0953)
517056105      First Premier Ban,    601 S Minnesota Ave,    Sioux Falls, SD  57104-4824
517056106      Ford Motor Credi,    PO Box 542000,    Omaha, NE  68154-8000
517075028     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517237412     +JD Receivables LLC,    Agent for KAY JEWELERS,    PO Box 382656,    Germantown, TN 38183-2656
517270076    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
517662487     +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
517260480     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
               Dallas, Texas 75261-9094
517291252     +PAM-IL Tollway Violations,    PO Box 741,    Milwaukee, WI 53201-0741
517056117      Td Bank Usa/target credit,    PO Box 673,    Minneapolis, MN  55440-0673
517056118    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court:  US Dept of Edu AFSA,    501 Bleecker St,    Utica, NY  13501-2401)
517075574     +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517056120     +WebbankWebbank/Prosper Marketplace,    101 Second St, 15th Fl,    San Francisco, CA 94105-3672
517167749      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA   50306-0438
517056121     +Wells Fargo Card Services,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517056093      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:19:55      Capital One,
               PO Box 30285,    Salt Lake City, UT  84130-0285
517163413      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:07
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517056098      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 23 2019 00:13:38      Comenity Bank/Lnbryant,
               PO Box 182789,    Columbus, OH  43218-2789
517056100      E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:20:03      Credit One Ban,
               PO Box 98873,    Las Vegas, NV  89193-8873
517056101     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:18:14      Credit One Bank,
               Po Box 98872,    Las Vegas, NV 89193-8872
517056104      E-mail/Text: bankruptcynotices@dcicollect.com Feb 23 2019 00:14:52      Diversified Consultants,
               PO Box 551268,    Jacksonville, FL  32255-1268
517056107      E-mail/Text: bankruptcy.notices@hdfsi.com Feb 23 2019 00:14:58      Harley Davidson Credit,
               PO Box 21829,    Carson City, NV  89721-1829
517056108     +E-mail/Text: BKRMailOPS@weltman.com Feb 23 2019 00:13:24      Kay Jewlers,    375 Ghent Rd,
               Fairlawn, OH 44333-4600
517216151      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2019 00:18:16
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056109      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2019 00:18:17      Lvnv Funding LLC,
               PO Box 10497,    Greenville, SC  29603-0497
517056110     +E-mail/Text: bknotices@totalcardinc.com Feb 23 2019 00:14:01      Mid America Bank & Trust,
               Po Box 5220,    Sioux Falls, SD 57117-5220
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 22, 2019
                              Form ID: pdf901          Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517056111      E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 23 2019 00:15:36     Midamerica/milestone/GFS,
                PO Box 4499,    Beaverton, OR  97076-4499
517056112      E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2019 00:13:55     Midland Funding Llc,
                2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
517056113      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2019 00:18:09
                Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4962
517158703      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2019 00:18:10
                Portfolio Recovery Associates, LLC,    c/o Tjx,    POB 41067,    Norfolk VA 23541
517056114      E-mail/Text: bankruptcy@sccompanies.com Feb 23 2019 00:15:37     Swiss Colony,    1112 7th Ave,
                Monroe, WI  53566-1364
517056115     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:00     Syncb/Tjx Cos,    Po Box 965005,
                Orlando, FL 32896-5005
517056116     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:00     Syncb/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
517057945     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:48     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517258797     +E-mail/Text: bncmail@w-legal.com Feb 23 2019 00:14:14     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517056119     +E-mail/Text: bnc-bluestem@quantum3group.com Feb 23 2019 00:14:56     Webbank/Fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
                Colorado Springs, CO   80962)
517217528*   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    PO BOX 62180,
                COLORADO SPRINGS, CO 80962-4400)
517376652*    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Joseph M. Snider shreterecf@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```