Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                            Case No.:  17−28256−CMG
                                            Chapter:  13
                                            Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph M. Snider
   55 Homestead Dr
   Pemberton, NJ 08068−1570

Social Security No.:
   xxx−xx−3465

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/3/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: dmi

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-28256-CMG
Joseph M. Snider                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 3           Date Rcvd: Oct 04, 2019
                              Form ID: 148              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             Joseph M. Snider,    55 Homestead Dr,    Pemberton, NJ 08068-1570
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                Fairfield, NJ 07004-2927
517056088      AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
517056090      AXCSSFN/Cingo,    7755 Montgomery Rd Ste 400,    Cincinnati, OH 45236-4197
517056089      Adinolfi & Packman,    4 Kings Hwy E,    Haddonfield, NJ 08033-2002
517192284     +Adinolfi & Packman, PA,    c/o Saldutti Law Group,    800 N. Kings Highway,    Ste 300,
                Cherry Hill, NJ 08034-1511
517056092      Best Egg/SST,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517251420      CACH, LLC its successors and assigns as assignee,    of Marlette Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517259580      CACH, LLC its successors and assigns as assignee,    of Prosper Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056095      CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517056103      CWS/CW Nexus,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
517056094     +Capital One Bank Usa NA,    lyons, doughty & veldhuis,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-2239
517056096      Celtic Bank/Contfinco,    121 Continental Dr Ste 108,    Newark, DE 19713-4326
517215478      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
517056102      Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
517075028     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517237412     +JD Receivables LLC,    Agent for KAY JEWELERS,    PO Box 382656,    Germantown, TN 38183-2656
517270076    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
517662487     +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517260480     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619096,
                Dallas, Texas 75261-9096
517291252     +PAM-IL Tollway Violations,    PO Box 741,    Milwaukee, WI 53201-0741
517056118    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US Dept of Edu AFSA,    501 Bleecker St,    Utica, NY 13501-2401)
517075574     +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517056120     +WebbankWebbank/Prosper Marketplace,    101 Second St, 15th Fl,    San Francisco, CA 94105-3672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: CHRM.COM Oct 05 2019 04:08:00      Santander Consumer USA Inc. dba Chrysler Capital,
                PO Box 961278,    Ft. Worth, TX 76161-0278
517056091     +EDI: TSYS2.COM Oct 05 2019 04:08:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
517056093      EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517163413      EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517056097      EDI: CHRM.COM Oct 05 2019 04:08:00      Chrysler Capital,    PO Box 961275,
                Fort Worth, TX 76161-0275
517056098      EDI: WFNNB.COM Oct 05 2019 04:08:00      Comenity Bank/Lnbryant,    PO Box 182789,
                Columbus, OH 43218-2789
517056099      EDI: CONVERGENT.COM Oct 05 2019 04:08:00      Convergent outsourcing,    PO Box 9004,
                Renton, WA 98057-9004
517056100      EDI: RCSFNBMARIN.COM Oct 05 2019 04:08:00      Credit One Ban,    PO Box 98873,
                Las Vegas, NV 89193-8873
517056100      E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2019 00:48:25      Credit One Ban,
                PO Box 98873,    Las Vegas, NV 89193-8873
517056101     +EDI: RCSFNBMARIN.COM Oct 05 2019 04:08:00      Credit One Bank,    Po Box 98872,
                Las Vegas, NV 89193-8872
517056101     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2019 00:48:59      Credit One Bank,
                Po Box 98872,    Las Vegas, NV 89193-8872
517056104      EDI: DCI.COM Oct 05 2019 04:08:00      Diversified Consultants,    PO Box 551268,
                Jacksonville, FL 32255-1268
517212796      EDI: FORD.COM Oct 05 2019 04:08:00      Ford Motor Credit Company, LLC,    Dept. 55953,
                P.O. Box 55000,    Detroit, MI 48255-0953
517217528      EDI: FORD.COM Oct 05 2019 04:08:00      Ford Motor Credit Company, LLC,    PO BOX 62180,
                COLORADO SPRINGS, CO 80962-4400
517056105      EDI: AMINFOFP.COM Oct 05 2019 04:08:00      First Premier Ban,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4824
517056106      EDI: FORD.COM Oct 05 2019 04:08:00      Ford Motor Credi,    PO Box 542000,
                Omaha, NE 68154-8000
517056107      E-mail/Text: bankruptcy.notices@hdfsi.com Oct 05 2019 00:45:06      Harley Davidson Credit,
                PO Box 21829,    Carson City, NV 89721-1829
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517056108       +E-mail/Text: BKRMailOPS@weltman.com Oct 05 2019 00:44:03      Kay Jewlers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
517216151        EDI: RESURGENT.COM Oct 05 2019 04:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517216151        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:49:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517056109        EDI: RESURGENT.COM Oct 05 2019 04:08:00      Lvnv Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
517056109        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:49:05      Lvnv Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517056110       +EDI: TCISOLUTIONS.COM Oct 05 2019 04:08:00      Mid America Bank & Trust,    Po Box 5220,
                 Sioux Falls, SD 57117-5220
517056111        EDI: PHINGENESIS Oct 05 2019 04:08:00      Midamerica/milestone/GFS,    PO Box 4499,
                 Beaverton, OR 97076-4499
517056112        EDI: MID8.COM Oct 05 2019 04:08:00      Midland Funding Llc,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
517056113        EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,
                 120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
517158703        EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Tjx,
                 POB 41067,    Norfolk VA 23541
517056114        EDI: CBS7AVE Oct 05 2019 04:08:00      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
517056115       +EDI: RMSC.COM Oct 05 2019 04:08:00      Syncb/Tjx Cos,    Po Box 965005,    Orlando, FL 32896-5005
517056116       +EDI: RMSC.COM Oct 05 2019 04:08:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
517057945       +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517258797       +E-mail/Text: bncmail@w-legal.com Oct 05 2019 00:44:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517056117        EDI: WTRRNBANK.COM Oct 05 2019 04:08:00      Td Bank Usa/target credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
517056119       +EDI: BLUESTEM Oct 05 2019 04:08:00      Webbank/Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
517167749        EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517056121       +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Card Services,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                               TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                  Colorado Springs, CO 80962)
517376652*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@LOGS.com, njbankruptcynotifications@logs.com

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: Oct 04, 2019
                              Form ID: 148               Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           cmecf@sternlav.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkyefile@rasflaw.com
          Rebecca Ann Solarz   on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com
          Stephanie Shreter   on behalf of Debtor Joseph M. Snider shreterecf@comcast.net,
           shreterlaw@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 10